467 S.E.2d 819

**Kimberly Rose O'TOOLE, Appellant,**

v.

**COMMONWEALTH of Virginia, Appellee.**

**Record No. 2347-93-1.**

Court of Appeals of Virginia.

March 5, 1996.

Andrew G. Wiggin, Assistant Public Defender (Office of the Public Defender, on brief), for appellant.

Grace DiLiberto, Assistant Attorney General (James S. Gilmore, III, Attorney General, on brief), for appellee.

Before MOON, C.J., and BAKER, BENTON, COLEMAN, WILLIS, ELDER, BRAY, FITZPATRICK, ANNUNZIATA and OVERTON, JJ.

## UPON REHEARING EN BANC

By opinion dated June 27, 1995, a majority of a panel of this Court affirmed Kimberly Rose O'Toole's conviction for possession of cocaine. *O'Toole v. Commonwealth,* 20 Va.App. 540, 458 S.E.2d 595 (1995). Upon O'Toole's motion, we stayed the mandate of that decision and granted a rehearing *en banc.* Upon such rehearing, the judgment of the trial court is affirmed for those reasons set forth in the panel's majority opinion. Accordingly, the stay of this Court's June 27, 1995 mandate hereby is lifted and its directives reinstated.

Judges Benton and Elder would reverse the judgment of the trial court for those reasons set forth in the panel's dissenting opinion. *See id.* at 544–46, 458 S.E.2d at 597–98 (Benton, J., dissenting).

The Commonwealth shall recover of the appellant an additional $200 for services rendered the appellant by the Public Defender on the rehearing portion of this appeal, in addition

to counsel's costs and necessary direct out-of-pocket expenses. This amount shall be added to the costs due the Commonwealth in the June 27, 1995 mandate.

This order shall be published and certified to the trial court.